| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 25 25 | 00012335 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | L | 8000 | 347453 | GROSS PAY | 347453 | 10396916 | ANNUAL LEAVE(AL) CAT: | 800 |
| | | | | | | | FED TAX S0 | 37705 | 1328912 | AL PRIOR YR BAL | 60000 |
| | | | | | | | ST TAX OHS0 | 8290 | 266750 | + AL EARNED YTD | 18400 |
| | | | | | | | RETIRE 8 | 2780 | 69286 | + AL HOL EARNED YTD | 000 |
| | | | | | | | MEDICARE | 4964 | 148897 | - AL USED YTD | 23200 |
| | | | | | | Union | UN S | 2500 | 61750 | = EARNED AL BAL | 55200 |
| | | | | | | | UN P | 1500 | 37500 | + AL ADVANCED | 2400 |
| | | | | | | Annuity | IN7Z1 | 19043 | 474475 | = AVAIL AL BAL | 57600 |
| | | | | | | | TSR04 | 13898 | 232528 | AL USED THIS PP | 000 |
| | | | | | | Thrift Savings | TSP07 | 24322 | 568221 | SICK LEAVE(SL) CAT: | 400 |
| | | | | | | | TSPLG | 1184 | 29600 | SL PRIOR YR BAL | 198138 |
| | | | | | | = Debt 3500 | FDVD PRE | 3790 | 94524 | + SL EARNED YTD | 9200 |
| | | | | | | | FDVV PRE | 1346 | 33638 | - SL USED YTD | 40000 |
| | | | | | | | SOSEC | 21224 | 636663 | = CURRENT SL BAL | 167338 |
| | | | | | | | | | | SL USED THIS PP | 7200 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 000 |
| | | | | | | | | | | PP01 TO CURRENT PP | 000 |
| | | | | | | | | | | USPS RETIREMENT | |

NET PAY 2049.07 NT BK 13289.71

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 24 25 | 00011732 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | L | 8000 | 347453 | GROSS PAY | 347453 | 10049463 | ANNUAL LEAVE(AL) CAT: | 800 |
| | | | | | | | FED TAX S0 | 37705 | 1291207 | AL PRIOR YR BAL | 60000 |
| | | | | | | | ST TAX OHS0 | 8365 | 258460 | + AL EARNED YTD | 17600 |
| | | | | | | | RETIRE 8 | 2780 | 66506 | + AL HOL EARNED YTD | 000 |
| | | | | | | | MEDICARE | 4963 | 143933 | - AL USED YTD | 23200 |
| | | | | | | | UN S | 2500 | 59250 | = EARNED AL BAL | 54400 |
| | | | | | | | UN P | 1500 | 36000 | + AL ADVANCED | 3200 |
| | | | | | | | IN7Z1 | 19043 | 455432 | = AVAIL AL BAL | 57600 |
| | | | | | | | TSR04 | 13898 | 218630 | AL USED THIS PP | 000 |
| | | | | | | | TSP07 | 24322 | 543899 | SICK LEAVE(SL) CAT: | 400 |
| | | | | | | | TSPLG | 1184 | 28416 | SL PRIOR YR BAL | 198138 |
| | | | | | | | FDVD PRE | 3790 | 90734 | + SL EARNED YTD | 8800 |
| | | | | | | | FDVV PRE | 1346 | 32292 | - SL USED YTD | 32800 |
| | | | | | | | SOSEC | 21224 | 615439 | = CURRENT SL BAL | 174138 |
| | | | | | | | | | | SL USED THIS PP | 7200 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 000 |
| | | | | | | | | | | PP01 TO CURRENT PP | 000 |
| | | | | | | | | | | USPS RETIREMENT | |

NET PAY 2048.33 NT BK 13289.71

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 26 25 | 00008479 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | L | 3200 | 138981 | GROSS PAY | 138981 | 10535897 | ANNUAL LEAVE(AL) CAT: | 800 |
| | | | | | | | FED TAX S0 | 7054 | 1335966 | AL PRIOR YR BAL | 60000 |
| | | | | | | | ST TAX OHS0 | 2493 | 269243 | + AL EARNED YTD | 19200 |
| | | | | | | | RETIRE 8 | 1112 | 70398 | + AL HOL EARNED YTD | 000 |
| | | | | | | | MEDICARE | 1941 | 150838 | - AL USED YTD | 23200 |
| | | | | | | | UN S | 2500 | 64250 | = EARNED AL BAL | 56000 |
| | | | | | | | UN P | 1500 | 39000 | + AL ADVANCED | 1600 |
| | | | | | | | IN7Z1 | 19043 | 493518 | = AVAIL AL BAL | 57600 |
| | | | | | | | TSR04 | 5559 | 238087 | AL USED THIS PP | 000 |
| | | | | | | | TSP07 | 9729 | 577950 | SICK LEAVE(SL) CAT: | 400 |
| | | | | | | | TSPLG | 1184 | 30784 | SL PRIOR YR BAL | 198138 |
| | | | | | | | FDVD PRE | 3790 | 98314 | + SL EARNED YTD | 9600 |
| | | | | | | | FDVV PRE | 1346 | 34984 | - SL USED YTD | 43200 |
| | | | | | | | PODBT | 1712 | 1712 | = CURRENT SL BAL | 164538 |
| | | | | | | | PODBT | 10000 | 10000 | SL USED THIS PP | 3200 |
| | | | | | | | PODBT | 6000 | 6000 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | SOSEC | 8298 | 644961 | PAY PERIOD LWOP | 4800 |
| | | | | | | | | | | PP01 TO CURRENT PP | 4800 |
| | | | | | | | | | | USPS RETIREMENT | |

P O INDEBT-PAID OFF NET PAY 557.20 NT BK 13289.71

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 06 26 | 00009564 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| | | | | L | 80 00 | 3578 76 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 3578 76 | 16104 45 |
| FED TAX S0 | 556 94 | 2798 09 |
| ST TAX OHS0 | 84 20 | 454 92 |
| RETIRE 8 | 28 63 | 71 58 |
| MEDICARE | 50 37 | 229 71 |
| UN S | 25 00 | 75 00 |
| UN P | 15 00 | 45 00 |
| TSR04 | 143 15 | 357 88 |
| TSP07 | 250 51 | 626 28 |
| TSPLG | 11 84 | 35 52 |
| IN7Z1 | 196 43 | 589 29 |
| FDVD PRE | 78 04 | 195 10 |
| FDVV PRE | 26 92 | 67 30 |
| PODBT | 86 57 | 86 57 |
| PODBT | 309 91 | 560 00 |
| SOSEC | 215 38 | 982 21 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8 00 |
| AL PRIOR YR BAL | 560 00 |
| + AL EARNED YTD | 24 00 |
| + AL HOL EARNED YTD | 0 00 |
| - AL USED YTD | 160 00 |
| = EARNED AL BAL | 424 00 |
| + AL ADVANCED | 176 00 |
| = AVAIL AL BAL | 600 00 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: | 4 00 |
| SL PRIOR YR BAL | 1645 38 |
| + SL EARNED YTD | 12 00 |
| - SL USED YTD | 192 00 |
| = CURRENT SL BAL | 1465 38 |
| SL USED THIS PP | 80 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0 00 |
| PP01 TO CURRENT PP | 280 00 |
| USPS RETIREMENT | 13993.69 |

P O INDEBT-PAID OFF NET PAY 1499.87 NT BK

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 04 26 | 00009010 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| | | | | L | 40 00 | 1789 38 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1789 38 | 8946 92 |
| FED TAX S0 | 109 55 | 1684 21 |
| ST TAX OHS0 | 36 01 | 286 52 |
| RETIRE 8 | 14 32 | 14 32 |
| MEDICARE | 25 19 | 128 97 |
| UN S | 25 00 | 25 00 |
| UN P | 15 00 | 15 00 |
| TSR04 | 71 58 | 71 58 |
| TSP07 | 125 26 | 125 26 |
| TSPLG | 11 84 | 11 84 |
| IN7Z1 | 196 43 | 196 43 |
| FDVD PRE | 39 02 | 39 02 |
| FDVV PRE | 13 46 | 13 46 |
| PODBT | 41 61 | 41 61 |
| PODBT | 182 88 | 182 88 |
| SOSEC | 107 69 | 551 46 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8 00 |
| AL PRIOR YR BAL | 560 00 |
| + AL EARNED YTD | 8 00 |
| + AL HOL EARNED YTD | 0 00 |
| - AL USED YTD | 160 00 |
| = EARNED AL BAL | 408 00 |
| + AL ADVANCED | 192 00 |
| = AVAIL AL BAL | 600 00 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: | 4 00 |
| SL PRIOR YR BAL | 1645 38 |
| + SL EARNED YTD | 4 00 |
| - SL USED YTD | 40 00 |
| = CURRENT SL BAL | 1609 38 |
| SL USED THIS PP | 40 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 40 00 |
| PP01 TO CURRENT PP | 280 00 |
| USPS RETIREMENT | 13993.69 |

P O INDEBT-PAID OFF NET PAY 774.54 NT BK

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 22 25 | 00011594 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| | | | | L | 80 00 | 3474 53 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 3474 53 | 93545 56 |
| FED TAX S0 | 377 05 | 12157 97 |
| ST TAX OHS0 | 83 65 | 2417 30 |
| RETIRE 8 | 27 80 | 609 46 |
| MEDICARE | 49 63 | 1340 06 |
| UN S | 25 00 | 542 50 |
| UN P | 15 00 | 330 00 |
| IN7Z1 | 190 43 | 4173 46 |
| TSR04 | 138 98 | 1908 34 |
| TSP07 | 243 22 | 4952 55 |
| TSPLG | 11 84 | 260 48 |
| FDVD PRE | 37 90 | 831 54 |
| FDVV PRE | 13 46 | 296 00 |
| SOSEC | 212 24 | 5729 92 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8 00 |
| AL PRIOR YR BAL | 600 00 |
| + AL EARNED YTD | 160 00 |
| + AL HOL EARNED YTD | 0 00 |
| - AL USED YTD | 232 00 |
| = EARNED AL BAL | 528 00 |
| + AL ADVANCED | 48 00 |
| = AVAIL AL BAL | 576 00 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: | 4 00 |
| SL PRIOR YR BAL | 1981 38 |
| + SL EARNED YTD | 80 00 |
| - SL USED YTD | 176 00 |
| = CURRENT SL BAL | 1885 38 |
| SL USED THIS PP | 72 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0 00 |
| PP01 TO CURRENT PP | 0 00 |
| USPS RETIREMENT | 13289.71 |

NET PAY 2048.33 NT BK

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 38-2968 | M L CARDILLE | 01393323 | 21 25 | 00008752 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 1 | E 18 | 90338 | 080 | W | 40 00 | 1737 27 |
| | | | | L | 40 00 | 1737 27 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 3474 54 | 90071 03 |
| FED TAX S0 | 377 05 | 11780 92 |
| ST TAX OHS0 | 83 65 | 2333 65 |
| RETIRE 8 | 27 80 | 581 66 |
| MEDICARE | 49 64 | 1290 43 |
| UN S | 25 00 | 517 50 |
| UN P | 15 00 | 315 00 |
| IN7Z1 | 190 43 | 3983 03 |
| TSR04 | 138 98 | 1769 36 |
| TSP07 | 243 22 | 4709 33 |
| TSPLG | 11 84 | 248 64 |
| FDVD PRE | 37 90 | 793 64 |
| FDVV PRE | 13 46 | 282 54 |
| GARN | 475 87 | 3267 27 |
| SOSEC | 212 24 | 5517 68 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8 00 |
| AL PRIOR YR BAL | 600 00 |
| + AL EARNED YTD | 152 00 |
| + AL HOL EARNED YTD | 0 00 |
| - AL USED YTD | 232 00 |
| = EARNED AL BAL | 520 00 |
| + AL ADVANCED | 56 00 |
| = AVAIL AL BAL | 576 00 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: | 4 00 |
| SL PRIOR YR BAL | 1981 38 |
| + SL EARNED YTD | 76 00 |
| - SL USED YTD | 104 00 |
| = CURRENT SL BAL | 1953 38 |
| SL USED THIS PP | 40 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0 00 |
| PP01 TO CURRENT PP | 0 00 |
| USPS RETIREMENT | 13289.71 |

NET PAY 1572.46 NT BK

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT