**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| In Re: | Case No. 26-50436 |
| Mary Louise Cardille | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

## OBJECTION TO CHAPTER 13 PLAN

CrossCountry Mortgage, LLC ('Creditor'), by and through their undersigned counsel, hereby objects to the Debtor's proposed Chapter 13 Plan filed on March 24, 2026. Creditor holds a secured interest in the Real Estate located at 8980 CROW DR, MACEDONIA, OH 44056. Creditor has not yet filed a Proof of Claim but will do so listing pre-petition arrears of approximately $55,081.94. The Chapter 13 Plan provides an insufficient arrearage amount of $42,700.00.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said Property and should be denied confirmation.

Respectfully Submitted,

/s/ Susana Elizabeth Lykins

Susana Elizabeth Lykins (0075603)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, a true and correct copy of this Objection was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael J. Moran, Debtor's Counsel
mike@gibsonmoran.com

Keith Rucinski, Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Mary Louise Cardille, Debtor
8980 Crow Drive
Macedonia, OH 44056

/s/ Susana Elizabeth Lykins
Susana Elizabeth Lykins (0075603)
Attorney for Creditor