**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| In Re: | Case No. 26-50463 |
| Mary Louise Cardille | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

**WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN (Doc. 14)**

CrossCountry Mortgage, LLC ('Creditor'), by and through their undersigned counsel, hereby withdraws their Objection to Chapter 13 Plan (Doc. 14).

Respectfully Submitted,

/s/ Susana Elizabeth Lykins

Susana Elizabeth Lykins (0075603)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2026, a true and correct copy of this Withdrawal was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael J. Moran, Debtor's Counsel
mike@gibsonmoran.com

Keith Rucinski, Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Mary Louise Cardille, Debtor
8980 Crow Drive
Macedonia, OH 44056

/s/ Susana Elizabeth Lykins
Susana Elizabeth Lykins (0075603)
Attorney for Creditor