Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 26−50463−amk**

**In re:**
Mary Louise Cardille
8980 Crow Drive
Macedonia, OH 44056

**Social Security No.:**
xxx−xx−0627

## NOTICE OF DOCUMENT TO BE FILED − CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, no later than the last payment made by the debtor(s) as required by the plan.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** June 16, 2026
Form ohnb202

For the Court
Josiah C. Sell, Clerk